# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW W. MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. Chavez, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-01461-AWI-DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION ON MASCULINE PRONOUN<br><br>(ECF No. 17) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is a male to female transgender inmate. On March 12, 2013, the Court issued a screening order that stated that the Court will use the masculine pronoun when referring to Plaintiff, as Plaintiff was housed at a men's institution at the time of the incident. (ECF No. 13.) On April 1, 2013, Plaintiff filed a motion for reconsideration of the the Court's use of the masculine pronoun when referring to Plaintiff. (ECF No. 17.) In deference to Plaintiff's expressed gender identity, the Court will henceforth refer to Plaintiff using the feminine pronoun.

///
///
///
///
///

1

Accordingly, Plaintiff's motion for reconsideration, filed April 1, 2013, is hereby GRANTED.

IT IS SO ORDERED.

   Dated: **December 17, 2013**        /s/ Dennis L. Beck
                                                  UNITED STATES MAGISTRATE JUDGE