# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW W. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>A. FLORES, et al.,<br><br>    Defendants. | Case No. 1:11-cv-01461 AWI DLB PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER<br><br>[ECF No. 52] |

Plaintiff Andrew Martin ("Plaintiff") is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

On January 28, 2014, Defendants moved to modify the discovery and scheduling order to vacate the dispositive motion deadline for Defendants Borges and Cope on the grounds that they may eventually be dismissed from the action for failure to exhaust. On February 21, 2014, Defendants Borges and Cope were dismissed from the action.

Accordingly, Defendants' motion is GRANTED nunc pro tunc.

IT IS SO ORDERED.

    Dated: **August 25, 2014**     /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE