IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ANDREW W. MARTIN,**<br><br>Plaintiff,<br><br>v.<br><br>**A. FLORES, et al.,**<br><br>Defendants. | 1:11-cv-01461 AWI DLB PC<br><br>**ORDER**<br><br>Judge: The Honorable Dennis L. Beck<br>Action Filed: September 6, 2012 |

Good cause appearing, Defendants' request to seal the confidential memorandum, dated January 14, 2014, is GRANTED. The document will be destroyed or returned to Defendants' counsel at the close of this case.

IT IS SO ORDERED.

Dated: **September 19, 2014**            /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE