# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW W. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>F. CHAVEZ, et al.,<br><br>    Defendants. | Case No.  1:11-cv-01461 AWI DLB PC<br><br>ORDER REGARDING DEFENDANTS' REQUEST FOR CLARIFICATION<br><br>[ECF No. 74] |

Plaintiff Andrew W. Martin is a prisoner proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff is proceeding on her First Amended Complaint filed September 6, 2012.[1]

On January 29, 2014, Defendants filed a motion for summary judgment.  On September 25, 2014, the Court issued an order denying the motion for summary judgment with leave to refile or renotice once discovery concluded.

On November 12, 2014, Defendants filed the instant request for clarification.  Defendants state that discovery has concluded in that Defendants have fully complied with the Court's July 10, 2014, order, and there are no other outstanding discovery matters.

In light of Defendants' submission, discovery has now concluded, and Defendants may

---

[1] Plaintiff is a male to female transgender inmate.  On December 17, 2013, the Court granted Plaintiff's motion for reconsideration for referring to Plaintiff with the feminine pronoun.

1

1 | refile or renotice their motion for summary judgment.

IT IS SO ORDERED.

Dated:   **November 13, 2014**                    /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE

2